UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cr-00160-SEB-DML |
| | ) |
| ERNIE PERKINS, | ) -02 |
| | ) |
| Defendant. | ) |

**The Honorable Sarah Evans Barker, Judge**
**Entry for January 5, 2021**

On this date, Defendant appeared in person, together with retained counsel, Brian Robison Weir-Harden, and the Government appeared by AUSA Matthew J. Rinka and investigative agents Scott Brown and J.J. De St. Jean, for a change of plea and sentencing hearing. Ryan Harrold appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of his rights and the possible penalties.
- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.
- Defendant pleaded guilty to Counts 2, 5, and 8 of the Indictment.
- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 2, 5, and 8 of the Indictment.
- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.
- Sentence was imposed as stated on the record, including:

    Incarceration:   70 months on each count to run concurrently
    Supervised Release: 3 years on each count to run concurrently

       Restitution:  $4,101,768.85
       Special Assessment: $300.00.

- The Defendant was advised of his right to appeal.

- The Government will move to dismiss Counts 1, 3, 4, 6, 7, 9, and 10.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.

- The proceedings were adjourned.


Distribution:

Annette M. England
BARNES & THORNBURG, LLP (Indianapolis)
aengland@btlaw.com

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
matthew.rinka@usdoj.gov

Brian Robison Weir-Harden
BARNES & THORNBURG, LLP (Indianapolis)
brian.weir-harden@btlaw.com